**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Steve Torello as Trustee of the Central States Joint Board Health and Welfare Fund and Midwest Pension Fund,<br>v.<br>Vesuvius USA Corporation | Case Number:<br>FILED: MAY 1, 2008<br>08cv2493 J. N.<br>JUDGE ANDERSEN<br>MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Steve Torello as Trustee of the Central States Joint Board Health and Welfare Fund and Midwest Pension Fund

| |
|---|
| NAME (Type or print)<br>Jacqueline L. Bachman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jacqueline L. Bachman |
| FIRM<br>Jacqueline L. Bachman, Attorney at Law |
| STREET ADDRESS<br>227 W. Monroe Street, Suite 2000 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Attorney No. 6196350 | (312) 762-5952 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐