**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Steve Torello

                                        Plaintiff,

v.                                                      Case No.: 1:08–cv–02493
                                                        Honorable Wayne R. Andersen

Vesuvius USA Corporation

                                        Defendant.

---

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                        /s/ Wayne R. Andersen
                                        _____
                                                        United States District Judge