**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Steve Torello

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02493
　　　　　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

Vesuvius USA Corporation

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Michael T. Mason: The initial status hearing set for 7/23/08 at 9:00 a.m. is stricken. The Court will issue a new date at a later time.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.