IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE TORELLO AS TRUSTEE OF THE CENTRAL STATES JOINT BOARD HEALTH & WELFARE FUND AND MIDWEST PENSION FUND, | ) ) ) ) ) | |
| Plaintiff, | ) ) | District Judge Anderson Magistrate Judge Mason |
| v. | ) ) ) | Case No. 08 CV 2493 |
| VESUVIUS USA CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT

Comes now Plaintiff, Steve Torello as Trustee of the Central States Joint Board Health & Welfare Fund and Midwest Pension Fund, and Defendant, Vesuvius USA, Inc., pursuant to this Court's Standing Order regarding Initial Status Reports for referral cases, and jointly state as follows:

1. This is an action based on Sections 502(a), (e) and (f) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1132 *et seq.* and Section 301 of the Labor Management Relations Act of 1947, 29 U.S.C. §185 seeking damages for claims of untimely contributions to certain union health and welfare and pension funds.

2. Plaintiff is seeking liquidated damages in the amount of $36,694.14, interest, reasonable attorneys' fees, costs of this action and various injunctive relief. Defendant denies that it is indebted to Plaintiff.

3. Pursuant to Local Rule 72.1, on June 23, 2008 District Judge Wayne R. Anderson referred this matter to the calendar of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to discovery supervision.

4. There has been no briefing relating to discovery matters.

5. There has been no formal discovery completed and the parties do not contemplate any future discovery in this action. The parties have reached an agreement in principle to resolve all claims.

6. There have been no discovery-related deadlines established by the District Court. The parties do not contemplate any future discovery in this action.

7. The parties have engaged in settlement negotiations and have reached an agreement in principle to resolve all claims, subject to the execution of an acceptable release of claims. The parties anticipate that an appropriate Stipulation to Dismiss the action can be filed in the next 21 days.

DATED: July 23, 2008

| | |
|---|---|
| STEVE TORELLO, as Trustee for the Central States Joint Board Health & Welfare Fund and Midwest Pension Fund | VESUVIUS USA, INC |
| By: ___/s/ John F. Ward___<br>John F. Ward<br>Attorney at Law<br>227 West Monroe Street<br>Suite 2000<br>Chicago, Illinois 60606<br>(312) 762-5950 | By: ___/s/ John F. Kuenstler___<br>John F. Kuenstler<br>Barnes & Thornburg, LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, Illinois 60606<br>(312) 357-1313 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008, I electronically filed the foregoing Joint Initial Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John F. Ward
> Attorney at Law
> 227 West Monroe Street
> Suite 2000
> Chicago, Illinois  60606
> (312) 762-5950

>                           */s/ John F. Kuenstler*

476837v1