UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Steve Torello

        Plaintiff,

v.                  Case No.: 1:08−cv−02493
                 Honorable Wayne R. Andersen

Vesuvius USA Corporation

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

  MINUTE entry before the Honorable Michael T. Mason:Based on the statements in the parties' joint initial status report [16], the initial status hearing date of 7/30/08 is stricken and re−set for 8/13/08 at 9:00 a.m. No appearance will be necessary if the parties file a stipulation to dismiss before that date. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.