IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE TORELLO AS TRUSTEE OF THE CENTRAL STATES JOINT BOARD HEALTH & WELFARE FUND AND MIDWEST PENSION FUND, | ) ) ) ) ) | |
| Plaintiff, | ) ) | District Judge Andersen Magistrate Judge Mason |
| v. | ) ) | Case No. 08 CV 2493 |
| VESUVIUS USA CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, Vesuvius USA, Inc. ("Defendant"), for its Agreed Motion to Extend Time to Answer or Otherwise Plead to Plaintiff's Complaint, states as follows:

1. On May 1, 2008, Plaintiff Steve Torello, as Trustee of the Central States Joint Board Health and Welfare Fund and Midwest Pension Fund ("Plaintiff"), filed his Complaint against Defendant.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant's answer or other responsive pleading is due on or before July 28, 2008.

3. The parties have reached an agreement in principle to resolve all claims, subject to the execution of an acceptable release of claims. On July 23, 2008, the parties filed their Joint Initial Status Report and informed the Court of their settlement in principle.

4. The parties are currently working on finalizing the release of claims and anticipate filing an appropriate Stipulation to Dismiss on or before August 13, 2008.

5.      A status hearing is currently set for August 13, 2008 before Magistrate Judge Michael T. Mason in the event the parties are unable to file a Stipulation to Dismiss on or before that date.

6.      Plaintiff's counsel has been consulted with respect to the request for an extension of time and Plaintiff has no objection to Defendant's request.

7.      Defendant brings this Motion to allow the parties to finalize their settlement in principle and the appropriate release, and not for any improper purpose.

WHEREFORE, Defendant respectfully requests the Court to grant it an extension of time, up to and including August 13, 2008, within which to file its answer or other responsive pleading to Plaintiff's Complaint.

Dated:  July 28, 2008                    VESUVIUS USA, INC.

                                         By: */s/ John F. Kuenstler*

John F. Kuenstler, #6216396
Douglas M. Oldham, #6283670
Barnes & Thornburg, LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois  60606
(312) 357-1313
(312) 759-5646 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I electronically filed the foregoing Defendant's Agreed Motion to Extend Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John F. Ward
> Attorney at Law
> 227 West Monroe Street
> Suite 2000
> Chicago, Illinois  60606

> */s/ John F. Kuenstler*

477531v1