IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVE TORELLO AS TRUSTEE OF ) <br> THE CENTRAL STATES JOINT BOARD ) <br> HEALTH & WELFARE FUND AND ) <br> MIDWEST PENSION FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VESUVIUS USA CORPORATION, ) <br> ) <br> Defendant. ) | <u>District Judge Andersen</u> <br> Magistrate Judge Mason <br><br> Case No. 08 CV 2493 |

**NOTICE OF MOTION**

TO:   John F. Ward
       Attorney at Law
       227 West Monroe Street
       Suite 2000
       Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Vesuvius USA Corporation shall appear before the Honorable Wayne R. Anderson, or any judge sitting in his stead, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Defendant's Agreed Motion to Extend Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is herewith served upon you.

Dated:  July 28, 2008                              VESUVIUS USA, INC.

                                                   By: */s/ John F. Kuenstler*

John F. Kuenstler, #6216396
Douglas M. Oldham, #6283670
Barnes & Thornburg, LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois  60606
(312) 357-1313
(312) 759-5646 (FAX)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>John F. Ward
>Attorney at Law
>227 West Monroe Street
>Suite 2000
>Chicago, Illinois 60606

>>*/s/ John F. Kuenstler*

477578v1