**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Steve Torello
                      Plaintiff,

v.
                                     Case No.: 1:08–cv–02493
                                     Honorable Wayne R. Andersen

Vesuvius USA Corporation
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Based on the parties' report of settlement, the status hearing set for 8/19/08 is continued to 8/28/2008 at 09:00 a.m. No appearance will be necessary if the parties file a stipulation to dismiss before noon on 8/27/08. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.