IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVE TORELLO AS TRUSTEE OF THE CENTRAL STATES JOINT BOARD HEALTH & WELFARE FUND AND MIDWEST PENSION FUND, <br><br> Plaintiff, <br> v. <br><br> VESUVIUS USA CORPORATION, <br><br> Defendant. | <u>District Judge Andersen</u> <br><br> Magistrate Judge Mason <br> Case No. 08 CV 2493 |

## STIPULATION TO DISMISS

The parties to the above-captioned action, by their respective counsel, hereby stipulate to the dismissal of this action with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1), all matters in controversy between the parties having been settled. Each party shall bear its own attorneys' fees and costs in this matter.

| | |
|---|---|
| STEVE TORELLO | VESUVIUS USA CORPORATION |
| By: s/ John F. Ward <br> Plaintiff's Attorney | By: s/ John F. Kuenstler <br> Defendant's Attorney |
| John F. Ward <br> Attorney at Law <br> 227 West Monroe Street <br> Suite 2000 <br> Chicago, Illinois 60606 <br> 312-762-5950 | John F. Kuenstler <br> Barnes & Thornburg LLP <br> One North Wacker Drive <br> Suite 4400 <br> Chicago, Illinois 60606 <br> 312-357-1313 |