UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Steve Torello
                     Plaintiff,

v.                                           Case No.: 1:08–cv–02493
                                                          Honorable Wayne R. Andersen

Vesuvius USA Corporation
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Parties having filed a Joint Stipulation of Dismissal, the status hearing set for 9/9/08 before Magistrate Judge Mason is stricken. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Mason no longer assigned to this case. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.